1  TIMOTHY C. DAVIS (SBN 60936)
   tdavis@sfdavislaw.com
2  THE DAVIS LAW FIRM
   A Professional Corporation
3  625 Market Street, 12th Floor
   San Francisco, California 94105
4  Telephone:    (415) 278-1410
5  Facsimile:    (415) 278-1401

6  Attorneys for Defendants ANTIOCH UNIFIED
   SCHOOL DISTRICT, BOARD OF EDUCATION
7  OF ANTIOCH UNIFIED SCHOOL DISTRICT,
   DR. DONALD GILL, KAI MONTGOMERY,
8  KAREN MATES, WENDY AGHILY, TOBINWORLD,
   MIKE WILLIAMS, SARA FORGHANI,
9  TERESA TURNER, CHEREE MOSLEY,
   ASHLEY CURTIN, and STEPHANIE BROWN
10

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 | ADRIANNE PANTELL, as Guardian ad Litem of | Case No.  C 14-01381 KAW
   | DP, a minor,
16 |                                            | **STIPULATION AND [~~PROPOSED~~] ORDER
   |                  Plaintiff,                | RE:  EXTENSION OF TIME FOR CERTAIN
17 |                                            | DEFENDANTS TO RESPOND TO
   |        vs.                                 | COMPLAINT; AND FOR EXTENSION OF
18 |                                            | CASE DEADLINES SPECIFIED IN ORDER
   |                                            | SETTING INITIAL CASE MANAGEMENT
19 | ANTIOCH UNIFIED SCHOOL DISTRICT;           | CONFERENCE AND ADR DEADLINES
   | BOARD OF EDUCATION OF ANTIOCH              | (Doc. 4)**
20 | UNIFIED SCHOOL DISTRICT; DR.
   | DONALD GILL, individually and in his official
21 | capacity as Superintendent of Antioch Unified
   | School District; DAVID WAX, an individual and
22 | in his official capacity as former Director of
   | Special Education for Antioch Unified School
23 | District; KAI MONTGOMERY, an individual
   | and in her official capacity as former
24 | Coordinator or Special Education; KAREN
   | MATES, individually and in her official
25 | capacity as Director of Special Education for
   | Antioch Unified School District; WENDY
26 | AGHILY, individually and in her official

27

28  {00045637}2740.058                    1                   Case No.  C 14-01381 KAW

625 Market Street, 12th Floor, San Francisco, CA 94105 • Telephone: (415) 278-1400 • Facsimile: (415) 278-1401

The Davis Law Firm
A Professional Law Corporation

capacity as Program Specialist for Contra Costa
SELPA; TOBINWORLD, a non-profit entity
doing business as a California certified nonpublic
school; MIKE WILLIAMS, individually and in his
official capacity as Vice President and Behaviorist
for Tobinworld; SARA FORGHANI, individually
and in her official capacity as Principal of
Tobinworld; TERESA TURNER, individually and
in her official capacity as Teacher at Tobinworld;
CHEREE MOSLEY, individually and in her
official capacity as Teacher's Aide at Tobinworld;
ASHLEY CURTIN, individually and in her
official capacity as Teacher's Aide at Tobinworld,
STEPHANIE BROWN, individually and in her
official capacity as Teacher's Aide at Tobinworld
and DOES 1-10 inclusive,

Defendants.

Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION OF ANTIOCH UNIFIED SCHOOL DISTRICT, DR. DONALD GILL, KAI MONTGOMERY, KAREN MATES, WENDY AGHILY, TOBINWORLD, MIKE WILLIAMS, SARA FORGHANI, TERESA TURNER, CHEREE MOSLEY, ASHLEY CURTIN, and STEPHANIE BROWN having been served with process in this case in May 2014, the parties desire to permit additional time for:

1.    Defendants and their counsel to conduct fact investigation prior to responding to the Complaint; and

2.    The parties to engage in am informal, preliminary case discussions.

Accordingly, IT IS HEREBY STIPULATED between ANDREA M. TYTELL, counsel to Plaintiff ADRIANNE PANTELL, as Guardian ad Litem of DP, a minor, and TIMOTHY J. DAVIS, Counsel to Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION OF ANTIOCH UNIFIED SCHOOL DISTRICT, DR. DONALD GILL, KAI MONTGOMERY, KAREN MATES, WENDY AGHILY, TOBINWORLD, MIKE WILLIAMS, SARA FORGHANI, TERESA TURNER, CHEREE MOSLEY, ASHLEY CURTIN, and STEPHANIE BROWN, that:

///

{00045637}2740.058                     2                  Case No. C 14-01381 KAW
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT; AND FOR EXTENSION OF CASE DEADLINES SPECIFIED IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (Doc. 4)

1.     The date for Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION OF ANTIOCH UNIFIED SCHOOL DISTRICT, DR. DONALD GILL, KAI MONTGOMERY, KAREN MATES, WENDY AGHILY, TOBINWORLD, MIKE WILLIAMS, SARA FORGHANI, TERESA TURNER, CHEREE MOSLEY, ASHLEY CURTIN, and STEPHANIE BROWN to respond to Plaintiff's March 26, 2014 Complaint for Damages is extended to June 15, 2014; and

2.     The dates specified in this Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated March 26, 2014 (Doc. 4) be extended as follows:

| EVENT | ORIGINAL DATE | EXTENDED DATE |
|---|---|---|
| Last day to:<br>· meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>· file ADR Certification signed by Parties and Counsel (form available at cand.uscourts.gov)<br>· file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at cand.uscourts.gov) | June 3, 2014 | July 15, 2014 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at cand.uscourts.gov) | June 17, 2014 | July 29, 2014 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 3rd floor at 1:30 PM | June 24, 2014<br>1:30 p.m.<br>Courtroom 4<br>3rd Floor | August 5, 2014<br>1:30 p.m.<br>Courtroom 4<br>3rd Floor |

///

625 Market Street, 12th Floor, San Francisco, CA 94105 • Telephone: (415) 278-1400 • Facsimile: (415) 278-1401

The Davis Law Firm, A Professional Law Corporation

{00045637}2740.058                                3                          Case No.  C 14-01381 KAW

1   Dated:  May 27, 2014.                    Dated:  May 27, 2014.

2                                            THE DAVIS LAW FIRM

3

4                                            By: _____

5   Andrea M. Tytell, Attorney at Law            TIMOTHY C. DAVIS
    SBN: 166835                                   Attorneys for Defendants
6   LAW OFFICES OF ANDREA M. TYTELL         ANTIOCH UNIFIED SCHOOL DISTRICT,
    2121 Rosecrans Avenue, Suite 1350       BOARD OF EDUCATION OF ANTIOCH
6   El Segundo, California 90245            UNIFIED SCHOOL DISTRICT, DR.
7   Telephone: (310) 416-9710               DONALD GILL, KAI MONTGOMERY,
    Attorneys for Plaintiff                 KAREN MATES, WENDY AGHILY,
8   ADRIANNE PANTELL, AS GUARDIAN AD        TOBINWORLD, MIKE WILLIAMS, SARA
    LITEM OF DP, A MINOR                    FORGHANI, TERESA TURNER, CHEREE
9                                           MOSLEY, ASHLEY CURTIN, and
                                            STEPHANIE BROWN
10

11                      [PROPOSED] ORDER

12          The parties having so stipulated, and good cause appearing therefor,

13          IT IS HEREBY ORDERED that:

14          1.      The date for Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, BOARD OF

15   EDUCATION OF ANTIOCH UNIFIED SCHOOL DISTRICT, DR. DONALD GILL, KAI

16   MONTGOMERY, KAREN MATES, WENDY AGHILY, TOBINWORLD, MIKE WILLIAMS,

17   SARA FORGHANI, TERESA TURNER, CHEREE MOSLEY, ASHLEY CURTIN, and STEPHANIE

18   BROWN to respond to Plaintiff's March 26, 2014 Complaint for Damages is extended to June 15,

19   2014; and

20          2.      The dates specified in this Court's Order Setting Initial Case Management Conference

21   and ADR Deadlines, dated March 26, 2014 (Doc. 4) aree extended as follows:

| EVENT | ORIGINAL DATE | EXTENDED DATE |
|---|---|---|
| Last day to:<br>· meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | June 3, 2014 | July 15, 2014 |

27

28   {00045637}2740.058                    4              Case No.  C 14-01381 KAW
     STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO
     RESPOND TO COMPLAINT; AND FOR EXTENSION OF CASE DEADLINES SPECIFIED IN ORDER SETTING
     INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (Doc. 4)

625 Market Street, 12th
Floor, San Francisco, CA
94105 • Telephone: (415)
278-1400 • Facsimile:
(415) 278-1401

The Davis Law Firm
A Professional Law Corporation

625 Market Street, 12th
Floor, San Francisco, CA
94105 • Telephone: (415)
278-1400 • Facsimile:
(415) 278-1401

The Davis Law Firm.
A Professional Law Corporation

| | | |
|---|---|---|
| ·    file ADR Certification signed by Parties and Counsel (form available at cand.uscourts.gov)<br><br>·    file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at cand.uscourts.gov) | | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at cand.uscourts.gov) | June 17, 2014 | July 29, 2014 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 3rd floor at 1:30 PM | June 24, 2014<br><br>1:30 p.m.<br><br>Courtroom 4<br><br>3rd Floor | August 5, 2014<br><br>1:30 p.m.<br><br>Courtroom 4<br><br>3rd Floor |

IT IS SO ORDERED.

Date:    6/2/14

Hon. Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT; AND FOR EXTENSION OF CASE DEADLINES SPECIFIED IN ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (Doc. 4)